```
 1   _____
     Name
 2   _____
     Address
 3   _____

 4   _____

 5   _____
     Phone #        Bar Code #
 6

 7
                    UNITED STATES BANKRUPTCY COURT
 8                        DISTRICT OF NEVADA

 9

10   IN RE                                    BK

11                                            CHAPTER

12              Debtor.
     _____/
13

14              **REQUEST FOR SPECIAL NOTICE**

15   TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY OF
     RECORD, THE TRUSTEE, AND TO ALL PARTES OF INTEREST.
16
           I request that all notices given in this case and all papers served or required to be served in
17   this case be given to and served upon the undersigned at the following address and telephone
     number:
18
     (Please print)
19
                       _____
20
                       _____
21
                       _____
22
                       _____
23

24   DATED: _____

25

26                                        _____
                                                 Signature
27

28

     word/forms/Intake/ReqSpNtc                              12/03
```