**Entered on Docket
September 13, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**
_____

Kristin A. Schuler-Hintz, Esq. SBN 7171
Christopher K. Lezak, Esq. SBN 11185
Sherry A. Moore, Esq., SBN 11215
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 110
Las Vegas, NV  89117
Phone (702) 685-0329
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for: Secured Creditor,
The Bank of New York Mellon Trust Company NA, fka The Bank of New York Trust Company NA as Successor in interest to JP Morgan Chase Bank NA, as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass Through Certificates, Series 2004-AR4, its assignees and/or successors, and the servicing agent Americas Servicing Company

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 09-25181-lbr |
| | ) |
| Jean Marc El Jwaidi, | ) Chapter  7 |
| | ) |
| Debtor. | ) DATE:  09/01/10 |
| | ) TIME:   10:30 am |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |
| | ) |

*Rev. 12.09*                                                     M&H File No NV-10-23637
                                                                 09-25181-lbr

The Motion for Relief from Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court.  Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 114 South Royal Ascot Drive, Las Vegas, NV 89144.

IT IS FURTHER ORDERED that Secured Creditor will provide not less than 7 days notice of the date, time, and location of the currently scheduled foreclosure sale to the debtors or as otherwise provided by Nevada law.

IT IS FURTHER ORDERED that there shall be no foreclosure sale for Sixty (60) days from the date of entry of this Order.

IT IS SO ORDERED.

Submitted by:
McCarthy & Holthus, LLP

/s/Christopher K. Lezak  _____
Christopher K. Lezak, Esq.
9510 West Sahara Avenue, Suite 110
Las Vegas, NV  89117
(702) 685-0329

Approved/Disapproved

*Emailed 09/02/10-no response received*
Matthew L. Johnson, Esq.
8831 W. Sahara Ave.
Las Vegas, NV 89117
(702) 471-0065

Approved/Disapproved

*Emailed 09/02/10-no response received*
TRUSTEE
William A. Leonard
6625 South Valley View #224
Las Vegas, NV 89118

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

X  This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Counsel appearing: Matthew L. Johnson- Emailed 09/02/10-no response received

Unrepresented parties appearing: None

Trustee: William A. Leonard- Emailed 09/02/10-no response received

/s/Christopher K. Lezak___
Christopher K. Lezak, Esq.